WINFIELD S. STRAWN, Respondent, v. EDWARD J. BRANDT-
DENT COMPANY, Appellant.

*Strawn* v. *Brandt-Dent Co.*, 71 App. Div. 234, affirmed.
(Argued April 8, 1903; decided May 1, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered April
30, 1902, upon an order which reversed a judgment in favor
of defendant entered upon a dismissal of the complaint by the
court at a Trial Term and directed judgment for plaintiff.

*Ernest E. Baldwin* for appellant.

*Frank W. Arnold* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN,
CULLEN and WERNER, JJ.

---

SARAH A. TYLER, Respondent, v. THE VILLAGE OF LANSING-
BURGH, Appellant.

*Tyler* v. *Village of Lansingburgh*, 76 App. Div. 165, appeal dismissed.
(Argued April 30, 1903; decided May 1, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 19, 1902, which affirmed an order of Special Term
substituting the city of Troy as defendant herein.

*Thomas S. Fagan* for appellant.

*J. K. Long* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, VANN,
CULLEN and WERNER, JJ.